# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

jeffery jackson El
1238 calvin ave. s.e.
grand rapids, mi, 49506

Plaintiff(s),

v

united states

Defendant(s).

FILED - GR
January 31, 2025 1:33 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: /hb /131

1:25-cv-116
Paul L. Maloney
United States District Judge

Case No.
Honorable

i, jeffery jackson El, proclaim & assert my nationality, in which is moorish-american, and not united states nationality in which has been unlawfully conferred upon, pursuant to article 20 of the treaty of peace and friendship with united states and the moorish empire. i assert all protections and sovereignties recognized by this treaty. i further reject all unlawful usage of the federal reserve act in regards to past & present federal and state debts. i also assert the claim for reparations in regards to the freedman bureau act, in which is law.

relief requested: injunctive relief to assert all protections afforded by article 20 of the treaty of peace and friendship with the united states and the moroccan (moorish) empire, in which is supreme law of the land, and applies to all moor's within any territory.

1-31-2025