UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY JACKSON,         )<br>      Plaintiff,         )<br>         )<br>v.         )<br>         )<br>UNITED STATES OF AMERICA,         )<br>      Defendant.         )<br>         ) | No. 1:25-cv-116<br><br>Honorable Paul L. Maloney |

### JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 15), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 28, 2025                                    /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge